## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AAKASH DALAL,<br><br>               *Plaintiff*,<br><br>v.<br><br>CLEARVIEW AI, INC,<br><br>               *Defendants*. | Civil Action No. 2:24-cv-10380-SDW-AME<br><br>**NOTICE OF MOTION REGARDING DISMISSAL OF PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(2)**<br><br>**RETURN DATE: JANUARY 6, 2025** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **Monday, January 6, 2025** at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Clearview AI, Inc. ("Defendant"), will apply to the United States District Court for the District of New Jersey, Martin Luther King Boulevard & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Defendant shall rely on the accompanying Memorandum of Law, Affidavit of Thomas Mulcaire and the exhibits attached thereto.

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, Defendant will request that the proposed Order submitted herewith be entered by the Court.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if any

opposition is submitted.

Dated: November 26, 2024

GORDON REES SCULLY MANSUKHANI, LLP

_/s/ Ronald Giller_
Ronald Giller, Esq.
Amber N. Dailey, Esq.
*Attorneys for Defendant Clearview AI, Inc.*