## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AAKASH DALAL,<br><br>               *Plaintiff*,<br><br>v.<br><br>CLEARVIEW AI, INC,<br><br>               *Defendants*. | Civil Action No. 2:24-cv-10380-SDW-AME |

**THIS MATTER** having been brought before the Court on Motion of Defendant Clearview AI, Inc. ("Clearview"), by its attorneys, Gordon Rees Scully Mansukhani LLP, for an Order to Dismiss Plaintiff's Complaint, and having considered the moving papers submitted and any opposition thereto, and for good cause being shown;

**IT IS** on this _____ day of _____, 2024;

**ORDERED** that Clearview's Motion to Dismiss is hereby **GRANTED**; and it is further

**ORDERED** that the Complaint filed in this matter and all claims asserted by Plaintiff against Clearview are hereby dismissed with prejudice.

                                                                  _____

                                                                              , U.S.D.J.