# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AAKASH DALAL,<br><br>        *Plaintiff*,<br><br>v.<br><br>CLEARVIEW AI, INC,<br><br>        *Defendants*. | Civil Action No. 2:24-cv-10380-SDW-AME |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Defendant, Clearview AI, Inc.'s Notice of Motion to Dismiss Plaintiff's Complaint, Memorandum of Law, Proposed Order, and this Certification of Service were served upon Plaintiff via the ECF system and U.S.P.S Regular Mail on November 26, 2024:

    Aakash Dalal
    SBI # 792652E
    South Woods State Prison
    215 Burlington Road South
    Bridgeton, NJ 08302
    *Plaintiff, pro se*

                                                                           _/s/ Ronald Giller___
                                                                           Ronald Giller, Esq.